STANDARD KOLLSMAN INDUSTRIES, INC., et al., Appellants, v. SPHERE BROKERAGE, INC., et al., Respondents.

Concur — Steuer, J. P., Capozzoli, McNally, McGivern and Witmer, JJ.

SUSAN S. FRANK, Respondent, v. RICHARD B. FRANK, Appellant.—

Concur — Steuer, J. P., Capozzoli, McNally, McGivern and Witmer, JJ.